AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, | SUMMONS IN A CIVIL CASE |
| Plaintiff, | |
| v. | CASE NUMBER: 08 C 1285 |
| SPE UTILITY CONTRACTORS, L.L.C., a Michigan Limited Liability Corporation, | ASSIGNED JUDGE: JUDGE CASTILLO MAGISTRATE JUDGE DENLOW |
| Defendant. | DESIGNATED MAGISTRATE JUDGE: |

TO: (Name and address of Defendant)

SPE UTILITY CONTRACTORS, L.L.C., a Michigan Limited Liability Corporation
c/o:   THOMAS G. D'LUGE, Registered Agent
       4400 Dove Road
       Port Huron, MI 48060

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

March 4, 2008
_____
Date

IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>SPE UTILITY CONTRACTORS, L.L.C., A MICHIGAN LIMITED LIABILITY CORPORATION<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08 C 1285<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **17th day of March, 2008, at 11:10 AM**, at the address of **58 WALNUT Street, Mt. Clemens, MI 48043**; this affiant served the above described documents upon **SPE UTILITY CONTRACTORS, L.L.C., A MICHIGAN LIMITED LIABILITY CORPORATION**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Thomas D'Luge, registered agent, A white male approx. 45-55 years of age 5'8"-5'10" in height weighing 160-180 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **18th day of March, 2008**.

_____
Rick Dysinger

SUBSCRIBED AND SWORN to before me this 18th day of March, 2008

_____
NOTARY PUBLIC in and for the State of **Michigan**
Residing at: Macomb
My Commission Expires: 11-21-11

CHRISTINA PUCKETT
Notary Public, State of Michigan
County of Macomb
My Commission Expires Nov. 21, 2011
Acting in the County of Macomb

FOR: **ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.**

ORIGINAL PROOF OF SERVICE

Tracking #: 5291666 SEA